UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-CR-19-F

UNITED STATES OF AMERICA

**ORDER TO SEAL**

v.

RANDOLPH LEVY HYMAN, JR.

On motion of the Defendant, Randy Levy Hyman, Jr., and for good cause shown, it is hereby

ORDERED that [DE 52 and DE 53] be sealed until otherwise ordered by the Court, except that

copies may be provided to the United States Attorney's Office and Counsel for the above-named

Defendant.

IT IS SO ORDERED.

This **2ý** day of February, 2014.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge